IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANTHONY BENEDETTO,

     Appellant,

v.

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3100

Opinion filed June 6, 2017.

An appeal from the Circuit Court for Union County.
Stanley H. Griffis, Judge.

Anthony K. Benedetto, pro se, for Appellant.

Pamela Jo Bondi, Attorney General, and Mark S. Urban, Assistant Attorney General,
Tallahassee, for Appellee.


PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., WINOKUR, and M.K. THOMAS, JJ., CONCUR.